IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-167-KDB-DCK

| | | |
|---|---|---|
| DAVID DEAN, | ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| DARREN CAMPBELL, et al., | ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Substitute Mediator" (Document No. 45) filed July 19, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The parties may substitute Asa L. Bell, Jr. for Ray Owens as mediator of this matter.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Substitute Mediator" (Document No. 45) is **GRANTED**. A Mediation Report shall be filed on or before **July 23, 2024**.

**SO ORDERED**.

Signed: July 19, 2024

David C. Keesler
United States Magistrate Judge