IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-167-KDB-DCK

| | |
|---|---|
| DAVID DEAN, ) | |
| ) | |
| **Plaintiff,** ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| DARREN CAMPBELL, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Officer Defendants' Motion For Leave To Manually File Exhibits" (Document No. 53) and the "Motion For Leave To Manually file Exhibit Of Defendants Darren Campbell, In His Official Capacity, And Iredell County" (Document No. 56) filed August 1, 2024. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motions.

Defendants seek to file certain audio and/or video files manually in the form of flash drives. Apparently, Plaintiff consents to Defendants' request.

**IT IS, THEREFORE, ORDERED** that "Officer Defendants' Motion For Leave To Manually File Exhibits" (Document No. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Motion For Leave To Manually file Exhibit Of Defendants Darren Campbell, In His Official Capacity, And Iredell County" (Document No. 56) is **GRANTED**.

**SO ORDERED**.

Signed: August 2, 2024

David C. Keesler
United States Magistrate Judge