IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-167-KDB-DCK

| | |
|---|---|
| DAVID DEAN, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| DARREN CAMPBELL, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion for Leave To Manually File Exhibits" (Document No. 66) filed August 15, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion for Leave To Manually File Exhibits" (Document No. 66) is **GRANTED**. Plaintiff may manually file Exhibits 3, 4, 5, 7, 9, 15, 21, 23, and 24 with the Clerk's Office.

**SO ORDERED**.

Signed: August 16, 2024

David C. Keesler
United States Magistrate Judge