**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-167-KDB-DCK**

| | | |
|---|---|---|
| **DAVID DEAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DARREN CAMPBELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Leave To File Surreply" (Document No. 81) filed August 26, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Bell's chambers, the undersigned will <u>grant</u> the motion.

      It does not appear that the instant motion complies with Local Rule 7.1(b); nevertheless, the Court will allow the requested relief without further delay. However, Plaintiff's surreply must limited to the single issue identified in the motion and shall not exceed three (3) pages in length.

      **IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Leave To File Surreply" (Document No. 81) is **GRANTED** as set forth herein.

      **IT IS FURTHER ORDERED** that Plaintiff shall file its Surreply on or before **August 30, 2024**.

      **SO ORDERED**.

Signed: August 27, 2024

David C. Keesler
United States Magistrate Judge