IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:22-cv-00167-KDB-DCK

| | |
|---|---|
| DAVID DEAN, as the Administrator of THE ESTATE OF ACDONI MEJIA-LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>DARREN CAMPBELL, in his official capacity as the Iredell County Sheriff, DARREN WILLIAMS, JOHN FLEMING KISSINGER, NICHOLAS JARED WHEELER, ADAM LOGAN CLARK, TERRY ADAM AUSTIN, and BRIAN MICHAEL CASHION, each in their individual and official capacities, and the COUNTY OF IREDELL,<br><br>Defendants. | **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by the parties, pursuant to N.C.G.S. 1A-1, and Rule 41(a) of the Federal Rules of Civil Procedure, that the Plaintiff's Complaint, the action and all claims against all Defendants, are hereby voluntarily dismissed **with prejudice**. Each party shall bear their own costs.

This the 4th day of October 2024.

/s/ Charles W. Hinnant, III
NC Bar # 44459
**TED A. GREVE & ASSOCIATES, PA**
1201 North Tryon Street
Charlotte, NC 28206
(p) 704-804-7129
(f) 704-804-7170
(e) chiphinnant@mydrted.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTFIED** that a copy of the foregoing document was served electronically this day via the ECF filing system as follows:

James R. Morgan, Jr.
Nicholas Acevedo
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Jim.Morgan@wbd-us.com
Nick.Acevedo@wbd-us.com

This the 4th day of October, 2024

/s/ Charles W. Hinnant, III
NC Bar # 44459
**TED A. GREVE & ASSOCIATES, PA**
1201 North Tryon Street
Charlotte, NC 28206
(p) 704-804-7129
(f) 704-804-7170
(e) chiphinnant@mydrted.com
*Attorney for Plaintiff*